UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LIZETH PADRON, individually and on behalf of all
others similarly situated;
    Plaintiff,

      v.                                   CASE NO.: 4:20-cv-703

Medical-Dental-Hospital Bureau of
San Antonio, Inc. and John Does 1-25
    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 14, 2020

| **For Plaintiff Lizeth Padron** | **For Defendant Medical-Dental-Hospital Bureau of San Antonio, Inc** |
|---|---|
| /s/ Raphael Deutsch<br>Raphael Deutsch<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>rdeutsch@steinsakslegal.com | */s/ Patrick D. Newman*<br>Patrick D. Newman<br>Bassford Remele PA<br>100 South Fifth Street Suite 1500<br>Minneapolis, MN 55402<br>Ph: 612-333-3000<br>pnewman@bassford.com |

**CERTIFICATE OF SERVICE**

1

2

I certify that on September 14, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                */s/ Raphael Deutsch*
                                                                Raphael Deutsch

Case 4:20-cv-00703   Document 19   Filed 09/14/20 in TXSD   Page 2 of 2